UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEM A. BARRIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>　　　　Defendant. | No. 2:18-cv-03011-MCE-DB<br><br><br><br>**ORDER** |

Defendant Wells Fargo Bank, National Association, removed this action to this Court on November 19, 2018, from the El Dorado County Superior Court. Defendant was unaware at the time, however, that Plaintiffs had been granted a voluntary dismissal ten days prior. Given that dismissal, the instant action is likewise DISMISSED, and the Motion to Dismiss at ECF No. 4) is DENIED as moot.

　　IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1